# **EXHIBIT A**

Case 2:25-cv-03030-DWL   Document 15-1   Filed 09/24/25   Page 2 of 13

# The Wartburg Watch 2024

*Dissecting Christian Trends*



We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Ok

9/17/25, 9:52 AM    Former IHOPKC Musician Larry Lucky Has Larger Issues to Worry About Than A TikTok Video Alleging Nefarious Deeds | The Wart…

Case 2:25-cv-03030-DWL    Document 15-1    Filed 09/24/25    Page 3 of 13

### Former IHOPKC Musician Larry Lucky Has Larger Issues to Worry About Than A TikTok Video Alleging Nefarious Deeds

Posted on Fri Aug 23, 2024 by Todd Wilhelm



*On October 29, 2023, leaders of the International House of Prayer-Kansas City — left to right, Lenny LaGuardia, David Sliker, Stuart Greaves, and Isaac Bennett — addressed allegations against IHOP-KC founder Mike Bickle. (Video screengrab)*

In an article published in "The Roys Report" titled "IHOPKC Report Discounts Mike Bickle Abuse Allegations; Whistleblower Fires Back," dated November 16, 2023, we can establish the date that the IHOPKC/Mike Bickle sexual abuse scandal exploded onto the public square to be late October 2023.

> "The statement that the Executive Leadership Team was officially notified on October 24th about these allegations is also untrue," Roberts said. "While it is true that a meeting took place on that date and more information was given, key members of the ELT (executive leadership team) were officially notified on October 9th and (IHOPKC Executive Director) Stuart Greaves told me that the whole ELT was informed on October 10th."
>
> Roberts added "many of the allegations had been communicated over the prior 18 months in an ad hoc manner."

While allegations of sexual abuse focused primarily on IHOPKC leader Mike Bickle there were reports that Bickle's alleged sexual abuse was just the tip of the of the iceberg.

On January 12, 2024 I was made aware of  TikTok video published by a woman who attended IHOPKC with her family while in her teen years. She alleged that Larry Lucky was attempting to groom boys, two of whom were her brothers. I made a copy of the video and published it on my "X" account.

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

← **Thread**  📖



**Todd Wilhelm** ✔
@ThouArtTheMan                                    •••

Those in the know about IHOPKC have been saying for several weeks that what has come out on IHOPKC to date is just the tip of the iceberg. Well, people are starting to speak out. Here is a clip from a video a woman put on Tik Tok. She alleges Dave Sliker covered up reports that Larry Lucky was attempting to groom boys.
@wartwatch @reachjulieroys @tifflstanley @ThigpenTiffany @BrentDetwiler @LarryTomczak  @blaiseforet



Watch again

🔄                    2:14 / 2:14  🔊  ⚙  ⤴  ⤢

4:03 PM · Jan 12, 2024 · **38.6K** Views

==Below is the video that I included in the post above. Be cautioned that it may trigger you as the woman describes what allegedly took place between Larry Lucky and her two brothers.==

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Case 2:25-cv-03030-DWL     Document 15-1     Filed 09/24/25     Page 5 of 13

00:00                                                      00:00

ks to a recent article written by Judy L. Thomas and
sed.



publicly saying for the
when he was 16. At the
th group and seeing him
r and other former IHOPKC
em to shower nude with



Justin Werner, 31, alleges that a former volunteer youth group leader at the International House of Prayer-Kansas City sexually assaulted him when he was 16. He's filed a police report and the case is under investigation. Dominick Williams *dowilliams@kcstar.com*

Werner filed a police report with the Kansas City Police Department in July 2022, and the case is under review by the Jackson County Prosecutor's Office. Lucky called the allegations "fabrications" and said in an email to The Star that Werner was not 16, but 18, at the time of their meetings. The legal age of consent in Missouri is 17. Lucky did not respond to follow-up questions last week.

In a follow-up article published on August 20, 2024, Judy L Thomas provides us with more information about Larry Lucky and contradictions by former IHOPKC leaders of what they knew and when they knew it; as well as false claims that IHOPKC had dismissed Lucky in 2010 in response to a parent reporting Lucky was having "inappropriate contact with teen boys."

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Case 2:25-cv-03030-DWL   Document 15-1   Filed 09/24/25   Page 6 of 13

## THE KANSAS CITY STAR.

# REALITY★CHECK

## IHOPKC says it banned youth group leader accused of abuse. He was still there years later

BY **JUDY L. THOMAS**
AUGUST 20, 2024 11:19 AM



Video from the International House of Prayer-Kansas City's Prayer Room archives shows Larry Lucky playing bass guitar on Sept. 3, 2018, years after IHOPKC said it "terminated" him after a parent reported he was having inappropriate contact with teen boys. *Screenshot*

International House of Prayer-Kansas City leaders scrambled to respond this month when a man went public with allegations that he was sexually abused as a teen by his volunteer youth group leader.

IHOPKC denied that Larry Lucky had led a youth group or had any key role in its Student Ministries program. It said Lucky had been playing bass guitar on a worship team in the organization's 24/7 Prayer Room and was dismissed in 2010 after a parent reported he was having inappropriate contact with teen boys, alleging that he was showering with them at a local gym.

But evidence is stacking up that contradicts IHOPKC's description of Lucky's involvement with the global prayer movement. Facebook posts in 2008 and 2009 indicate that Lucky indeed was leading a youth group of boys. And social media posts and archived videos show that Lucky was playing in the all-night Prayer Room in south Kansas City years beyond the date IHOPKC said he was terminated, leaving

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.



Current IHOPKC leaders, still dealing with the aftermath of a <span style="color:blue">sex scandal involving founder Mike Bickle</span> that surfaced last fall, told The Star this month that ==it was the first they'd heard of the allegations involving Lucky.==

Below you will see two letters I received allegedly from Citron Law Group PLLC on behalf of Larry Lucky. I have reason to believe these letters were not written by Beau Citron of the Citron Law Group. When researching this matter I found that "pretending to be a lawyer to scare someone into compliance can be subject to both criminal and civil penalties." (See screenshot below the two letters.)

I have not removed the video I posted on January 12, 2024 and am currently looking into options I have of pursuing this matter.

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

9/17/25, 9:52 AM

Case 2:25-cv-03030-DWL   Document 15-1   Filed 09/24/25   Page 8 of 13

Former IHOPKC Musician Larry Lucky Has Larger Issues to Worry About Than a TikTok Video Alleging Nefarious Deeds | The Wart...

## CITRON LAW GROUP PLLC
### Arizona

March 18, 2024

Todd Wilhelm
664 E. Rancho Viejo Loop
Casa Grande, Arizona 85122

Re: Immediately Remove Defamatory Statement

Dear Mr. Wilhelm,

Our firm has been retained to represent Mr. Lawrence Lucky in a specific matter regarding an act you committed. On January 12, 2024, on the social media platform X and potentially others, you posted a video of an individual sharing several false and defamatory statements against my client. These statements include baseless assertions that my client is a pedophile and has abused minors. Such public, false, and defamatory statements are in direct violation of Arizona Defamation Law for a private figure. Your intentional act has greatly put yourself at risk of legal action.

Please immediately and permanently remove the above social media post, as well as any others that you have posted, shared or documented on any platform, site, or the like, that may exist. Please immediately cease and desist any further defamatory, libelous or slanderous statements, whether documented or in conversation, about my client. Your action has caused and continues to cause damage to my client in his personal and business life. Additionally, this has caused emotional distress and has greatly damaged his reputation.

So you are aware, the individual that originally made several false and defamatory statements against my client, and is in the video you posted, has since removed the information online, elsewhere and no longer asserts these baseless and false statements.

If you do not act on the above information within seven days of receiving this letter, my client is well prepared to take all necessary legal action to protect his rights, reputation and privacy interests.

Sincerely,

Beau Citron
Managing Attorney

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Case 2:25-cv-03030-DWL    Document 15-1    Filed 09/24/25    Page 9 of 13

# CITRON LAW GROUP PLLC
## Arizona

April 9, 2024

Todd Wilhelm
664 E. Rancho Viejo Loop
Casa Grande, Arizona 85122

Re: Immediately Remove Defamatory Statement

Dear Mr. Wilhelm,

Our firm has been retained to represent Mr. Lawrence Lucky in a specific matter regarding an act you committed. On January 12, 2024, on the social media platform X and potentially others, you posted a video of an individual sharing several false and defamatory statements against my client. These statements include baseless assertions that my client is a pedophile and has abused minors. Such public, false, and defamatory statements are in direct violation of Arizona Defamation Law for a private figure. Your intentional act has greatly put yourself at risk of legal action.

Please immediately and permanently remove the above social media post, as well as any others that you have posted, shared or documented on any platform, site, or the like, that may exist. Please immediately cease and desist any further defamatory, libelous or slanderous statements, whether documented or in conversation, about my client. Your action has caused and continues to cause damage to my client in his personal and business life. Additionally, this has caused emotional distress and has greatly damaged his reputation.

So you are aware, the individual that originally made several false and defamatory statements against my client, and is in the video you posted, has since removed the information online, elsewhere and no longer asserts these baseless and false statements.

If you do not act on the above information within seven days of receiving this letter, my client is well prepared to take all necessary legal action to protect his rights, reputation and privacy interests.

Sincerely,

Beau Citron
Managing Attorney

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

 Quora            🔍 Search Quora

 **Attorney Mike** · Follow                                                    ✕
Personal Injury Lawyer for 25+ Years · 7mo

You cannot legally send out a lawsuit letter pretending to be a lawyer to "scare" someone into compliance. Doing so could have serious legal consequences for you. Here's why:

1. **Misrepresentation**: Pretending to be a lawyer when you are not constitutes misrepresentation and fraud. Impersonating a legal professional is illegal and can be subject to both criminal and civil penalties.

2. **Unauthorized Practice of Law**: In many jurisdictions, drafting and sending legal documents while posing as an attorney is considered the unauthorized practice of law. This is a serious offense that can lead to criminal charges.

3. **Ethical and Legal Implications**: Even if you are not formally charged with a crime, such actions are unethical and could lead to legal action against you. The person you are attempting to "scare" into compliance could potentially sue you for damages resulting from your misrepresentation.

4. **Effectiveness and Consequences**: Even if your intention is to achieve a certain outcome or compliance, such actions can backfire and result in the opposite effect, potentially escalating the situation and leading to legal challenges against you.

5. **Better Alternatives**: If you are dealing with a situation that you believe warrants legal action, the appropriate and legal course of action is to consult with a licensed attorney. A legitimate lawyer can advise you on your rights and the best course of action, which might include sending a formal letter on your behalf if warranted.

Remember, the law is designed to ensure fairness and justice, and attempting to manipulate or intimidate others through illegal means is counterproductive and can lead to serious legal repercussions for you. It's always best to handle disputes through legal and ethical channels.

## Comments

*Former IHOPKC Musician Larry Lucky Has Larger Issues to Worry About Than A TikTok Video Alleging Nefarious Deeds — 7 Comments*

Fergus McLane
on Fri Aug 23, 2024 at 10:31 PM said:

Are you at liberty to discuss why you have reason to believe these letters were not written by Beau Citron of the Citron Law Group?

Todd Wilhelm
on Sat Aug 24, 2024 at 12:53 PM said:

**Fergus McLane**,

I believe it would be in my best interest to not state my reasons at this time.

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

The fact there is no contact info is my first red flag that this is not an official letter. Not sure about AZ, but most letters requiring advance notice of an adverse action is 10 days(not 7). I am not a lawyer but I would verify before responding for sure.

---

Headless Unicorn Guy
on Sat Aug 24, 2024 at 02:04 PM said:

*Todd Wilhelm*:
*Fergus McLane*,

*I believe it would be in my best interest to not state my reasons at this time.*

As in you don't want to tip your hand to an enemy but there's something fishy about these nastygrams.

---

Headless Unicorn Guy
on Sat Aug 24, 2024 at 02:10 PM said:

*Doubtful*: *Not sure about AZ, but most letters requiring advance notice of an adverse action is 10 days(not 7).*

There's also an additional indicator depending on when you received the nastugrams; I encountered it when I got caught in the outer blast radius of an ugly inheritance feud some 20-25 years ago:

The nastygram threatening Dire Consequences is deliberately mailed late, timed to arrive just before a three-day weekend where everything (including legal aid is closed) with a deadline on or during that closure. So the target has no way to summon aid or respond before the deadline. After which, cue the "IF you weren't being so Unreasonable and Tardy, I wouldn't be Forced To Do This…" and charge in for the Kill.

(Having a Sociopath in your family teaches you about such things. The Hard Way.)

---

Observant Outsider
on Sat Aug 24, 2024 at 05:12 PM said:

Citron Law Group has a website with very little information:
https://citronlawgroupaz.com/

A Beau Citron practices law for Arroyo Law Group in AZ:
https://www.legalzoom.com/attorneys/profiles/beau-citron
https://www.arroyolawgroup.com/

A LinkedIn profile for Beau Citron doesn't list Arroyo Law but it also doesn't include Citron Law Group.
https://www.linkedin.com/in/beau-citron-994b9550/details/experience/

The AZ State Bar does list Beau Citron as working for Citron Law group:
https://azbar.org/for-lawyers/practice-tools-management/member-directory/

---

Ras al Ghul
on Tue Aug 27, 2024 at 05:25 PM said:

*Doubtful*:
*The fact there is no contact info is my first red flag that this is not an official letter. Not sure about AZ, but most letters requiring advance notice of an adverse action is 10 days(not 7). I am not a lawyer but I would verify before responding for sure.*

Sounds like this letter is an attempt to bully and silence. I would tell them to pound sand.

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

PO Box 15744
Phoenix AZ 85060

9589 0710 5270 0299 4145 78

PHOENIX AZ 852

$5.28
US POSTAGE
FIRST-CLASS
062S13728835
85018
000011389

Todd Wilhelm
664 E. Rancho Viejo Loop
Casa Grande, AZ 85122

85122-163364

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS