# **EXHIBIT B**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lawrence Lucky, an individual, | Case No. 2:25-cv-03030-DWL |
| *Plaintiff,* | |
| v. | **AFFIDAVIT OF DEFENDANT DARLENE PARSONS** |
| The Wartburg Watch, an unincorporated association, Darlene Parsons, an individual, Wanda Martin, an individual, and Todd Wilhelm, an individual, | |
| *Defendants.* | |

STATE OF NORTH CAROLINA

(COUNTY OF Wake)

BEFORE ME, the undersigned authority, on this day personally appeared, Darlene Parsons, who, known to me, swore on oath that the following facts are true:

1. My name is Darlene Parsons. I am over the age of eighteen years of age, of sound mine, and capable of making this affidavit. My address is 9953 Koupela Drive, Raleigh NC 27614. The facts stated in this affidavit are within my personal knowledge and are true and correct to the best of my knowledge.

2. I have resided in North Carolina since 2001

3. I have never been a citizen of the State of Arizona.

4. I do not own any real property or personal property located in Arizona.

5. I have never operated or owned any business in Arizona, nor have I marketed, advertised, or purposefully directed any business or commercial activity towards the State of Arizona.

6. In or around 2009, I created a website forum blog called the Wartburg Watch (the "Blog") on which I post commentary regarding public events and news reports concerning allegations of wrongful conduct in the evangelical movement.

7. The Blog is not an incorporated entity but is instead a hobby I started nearly two decades ago.

8. The Blog does not have any employees, does not advertise or market its posts, does not engage in commercial activity, and does receive any form of revenue or compensation from any source.

9. Rather, the Blog was intended, and is, simply a forum for myself and others to post commentary opinion articles regarding current events. The Blog does not advertise in Arizona and does not solicit customers, viewers, or otherwise direct activity towards Arizona.

10. In 2020, Todd Wilhelm inquired about posting opinion articles to the Blog, which he ultimately began to do.

11. I, individually or on behalf of any other person or entity, do not compensate Mr. Wilhelm for posting opinion articles to the Blog.

12. Neither myself nor anyone else on behalf of the Blog supervise Mr. Wilhelm, direct or control the subject matter for which he decides to write about, and do not screen or otherwise approve any material Mr. Wilhelm authors or publishes to the Blog, including the article Mr. Wilhelm published to the Blog on August 23, 2024, that is the subject of the above-captioned lawsuit.

_Darlene Parsons_
Darlene Parsons

SUBSCRIBED AND SWORN TO BEFORE ME on this the 24th day of September, 2025, to certify which witness my hand and official seal.

_____
Notary Public in and for the State of North Carolina

> **SPENCER TURPIN**
> NOTARY PUBLIC
> Wake County, North Carolina
> My Commission Expires February 23, 2028