# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lawrence Lucky, | No. CV-25-03030-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Wartburg Watch, et al., | |
| Defendants. | |

**IT IS ORDERED** that this matter is continued for a virtual **Settlement Conference** on **Tuesday, April 21, 2026, at 9:30 a.m. MST** before the Honorable Bruce G. Macdonald. Zoom log-in instructions will be e-mailed to the parties separately.

**IT IS FURTHER ORDERED:**

- All parties and trial counsel shall virtually appear and participate. Additionally, representatives for all parties with full and binding authority to dismiss and settle the case must also be present unless expressly excused by the Court for good cause;

- The parties shall each prepare and e-mail a confidential settlement conference memorandum, at least seven (7) days before the conference, directly to chambers at: macdonald_chambers@azd.uscourts.gov. The parties shall not file their memoranda with the Clerk of Court and shall not exchange their memoranda with opposing counsel. The parties may include with their memoranda copies of exhibits that they would like the Magistrate Judge to review; however, they need not include copies of any documents that are already part of the record. Instead, the parties shall direct the Magistrate Judge to the location of any such documents;

- Each memorandum shall not exceed ten (10) pages in length, exclusive of exhibits, which shall not exceed six (6) exhibits,[1] and must include the following information:

    1. A brief statement of the facts;
    2. A discussion of the claims and issues;
    3. A summary of pending or anticipated motions and the status of discovery;
    4. A summary of settlement discussions, to date;
    5. Whether there are any lienholders, and the amount of each lien;
    6. The trial date, anticipated length of trial, and whether it is a jury trial; and
    7. A reasonable estimate of Plaintiff's alleged damages, as well as an estimate of the fees and costs incurred to date, and the fees and costs to be expended for further discovery, dispositive motions, and trial.

- During the conference, the Magistrate Judge will have ex parte communications with each side. The Magistrate Judge's role will be that of a facilitator and an evaluator. In fulfilling these roles, the Magistrate Judge will maintain confidentiality wherever appropriate. While the Magistrate Judge is in the other caucus room, the parties are expected to continue developing information that will be useful in presenting their position to the other side;

- A successful conference will conclude with either a written agreement or an avowal from the parties that although they tried their best to settle the case, it is one that must go to trial. If the dispute is resolved at the conference, the parties may sign a written document outlining the essential terms of the agreement. At the conclusion of the conference, the Magistrate Judge will notify the District Judge whether an agreement has been reached;

- Federal Rule of Evidence 408 will apply to all aspects of the conference. All communications and information exchanged that is not otherwise discoverable, will not be admissible in evidence for any purpose. At the conclusion of the conference, all documents submitted by the parties will be returned, destroyed, or otherwise disposed of in the manner directed by the Magistrate Judge;

- Absent good cause, if any party, counsel, or representative fails to promptly appear at the conference, fails to comply with the terms of this Order, is substantially unprepared to meaningfully participate, or fails to participate in good faith, the Magistrate Judge may impose sanctions pursuant to Federal Rules of Civil Procedure 16(f) and 37(b)(2).

---

[1] The parties are reminded to be judicious in their exhibit selection, as the Court will have limited opportunity to consider and address voluminous or irrelevant information.

1     Dated this 11th day of February, 2026.

2

3

4                                               Honorable Bruce G. Macdonald
                                              United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28